UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**EPSTEIN BECKER & GREEN, P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Defendant
Home Depot U.S.A., Inc.

| | |
|---|---|
| STEPHEN KLEMASH,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT INC.,<br><br>Defendant. | Civil Action No.:17-cv-00103 (JBS)(AMD)<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>*Document Electronically Filed* |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Stephen Klemash and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff Stephen Klemash in the above-captioned matter are hereby dismissed in their entirety, with prejudice, and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Duffy, North, Wilson, Thomas, Nicholson, LLP<br>104 N. York Road<br>Hatboro, PA 19040<br>Attorneys for Plaintiff | Epstein Becker & Green, P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Attorneys for Defendant |
| BY: *s/Joshua S. Ganz*<br>    Joshua S. Ganz | BY: *s/Patrick G. Brady*<br>    Patrick G. Brady |
| Date: March 30, 2017 | Date: March 30, 2017 |

43125961_1.doc

## ORDER

IT IS SO APPROVED AND ORDERED this 3rd day of April, 2017.

*Jerome B. Simandle*
Jerome B. Simandle, U.S.D.J.